IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LEE CHARLES MILLSAP, JR.
ADC #113121                                                                                    PETITIONER

VS.                                5:09CV00311- JMM/JTR

LARRY NORRIS, Director
Arkansas Department of Correction                                                    RESPONDENT

## JUDGMENT

Pursuant to the Order entered on this day, it is Considered, Ordered and Adjudged that the compliant in the above styled case be, and is hereby, dismissed without prejudice.

IT IS SO ORDERED this  9   day of   November, 2009.

_____
UNITED STATES DISTRICT JUDGE